IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

MICHAEL D. GREER, and                                                              PLAINTIFFS
GREER, RUSSELL, DENT & LEATHERS, PLLC

V.                                                    CIVIL ACTION NO. 1:18-CV-136-SA-DAS

JAN R. SCHLICHTMANN, and
JAN R. SCHLICHTMANN, P.C.                                                        DEFENDANTS

## ORDER OF RECUSAL

The above styled and numbered case was assigned to United States District Judge Sharion Aycock on July 13, 2018. Judge Aycock, on her own motion, hereby RECUSES herself from this cause.

It is hereby ORDERED that the Clerk of the Court is directed to transfer and re-assign this cause to another United States District Judge.

This, the 16th day of July, 2018.

                                            /s/ Sharion Aycock
                                            UNITED STATES DISTRICT JUDGE