UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

| | |
|---|---|
| ATG TRUST COMPANY | PLAINTIFF |
| v. | Civil No. 1:18-cv-00136-GHD-RP |
| JAN R. SCHLICHTMANN and <br> JAN R. SCHLICHTMANN, P.C. | DEFENDANTS |

**ORDER TRANSFERRING CASE**

Presently pending before this Court is Defendants' motion to transfer venue [6] to the Eastern District of Pennsylvania. Plaintiff has responded stating that it agrees this case should be transferred to that court. *See* Response [14].

Accordingly, the Court finds the motion well-taken and ORDERS that the motion to transfer venue [6] is GRANTED. The Clerk of the Court shall transfer this case to the United States District Court for the Eastern District of Pennsylvania.

SO ORDERED, this, the 29th day of August, 2018.

_____
SENIOR U.S. DISTRICT JUDGE